MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorneys for Defendant
DAVID MATTHEW READ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) NO. CR-06-00295-1 SI |
|---|---|
| Plaintiff, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| DAVID MATTHEW READ, | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the evidentiary hearing scheduled for September 18, 2013, at 11:00 a.m., is vacated.

It is further ORDERED that a status conference is set for September 27, 2013, at 11:00 a.m.

DATED: September 16, 2013

HON. SUSAN ILLSTON
United States District Judge